**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ROSALINE SERRANO,<br><br>            Debtor(s). | Case No. 17-15079MDC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this __12th__ day of __March__, 201_8_, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$4,500.00** are approved and the balance due to counsel in the amount of **$3,500.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

_____
HON. MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

ROSALINE SERRANO
Debtor(s)
1350 E. Airdrie Street
Philadelphia, PA  19124