United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rosaline Serrano  
      Debtor

Case No. 17-15079-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Mar 12, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.  
db           +Rosaline Serrano,    1350 E. Airdrie Street,    Philadelphia, PA 19124-5522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:  
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association et. al. bkgroup@kmllawgroup.com  
         MICHAEL A. CATALDO2    on behalf of Debtor Rosaline    Serrano ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Debtor Rosaline    Serrano ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                               TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ROSALINE SERRANO,
           Debtor(s).

Case No. 17-15079MDC13

Chapter 13

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___12th___ day of _____March_____, 201_8___, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$4,500.00** are approved and the balance due to counsel in the amount of **$3,500.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

*Magdeline D. Coleman*
_____
HON. MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

ROSALINE SERRANO
Debtor(s)
1350 E. Airdrie Street
Philadelphia, PA  19124